RECEIVED
APR 1 8 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| CAUSEY'S PHARMACY, INC., *ET AL.*, Plaintiffs | CIVIL ACTION NO. 1:17-CV-01391 |
| VERSUS | JUDGE DRELL |
| PRAESES, LLC., Defendant | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Plaintiffs' Motion to Remand (Doc. 10) is GRANTED for lack of subject matter jurisdiction, and this case is REMANDED to the Tenth Judicial District Court for the Parish of Natchitoches, State of Louisiana.

IT IS FURTHER ORDERED that Plaintiffs' Motion for Attorney's Fees and Costs (Doc. 10) is DENIED.

THUS ORDERED AND SIGNED in Chambers at Alexandria Louisiana, on this 18th day of April, 2018.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT